Patrick Hayes v. Adrian H.. Joline and Others, as Receivers.— Application denied, with ten dollars costs.　Order signed.

In the Matter of Margaret M. Wright.　(2 cases.) — Motions denied, with ten dollars costs.

Joseph Seligman v. Albert Friedlander.— Motion for reargument denied. Motion for leave to appeal granted; question to be certified on settlement of order.　Settle order on notice.

Edward White v. Augusta. P. Glover.— Motion denied, with ten dollars costs.

John Stapleton v. Mazie N. La Shelle.　(2 cases.) — Motions denied, with ten dollars costs.

Ambrose B. Stannard v. Atlantic Terra Cotta Company.— Motion granted; question certified.

Caroline M. Robinson v. Katherine T. Martin and Others.— Motion granted; question to be certified on settlement.

Brearley School, Limited, v. Beverley Ward.— Motion granted; question to be certified on settlement of order.　Settle order on notice.

In the Matter of Anna Dietz, etc.— Motion denied, with ten dollars costs.

In the Matter of Maxwell Stevenson.　In the Matter of Eloise Kernochan.　In the Matter of Paul E. Stevenson.— Applications denied, with leave to either party to renew applications for final order upon the disposition of the appeal by the Court of Appeals.　Settle orders on notice.

A. Lawrence Kerker v. Charles S. Levy and Others.— Motion granted.　Settle order on notice.

Mike Campanella v. Alfred Freeman.— Motion granted.　Settle order on notice.

In the Matter of Henry Hackman.— Motion granted.

James C. Bushby v. Lancelot M. Berkeley.— Motion denied, with ten dollars costs.

In the Matter of Henry A. Robinson, an Attorney.— Motion granted.　Settle order on notice.

In the Matter of the City of New York.　In the Matter of Manhattan Terminal New York and Brooklyn Bridge (In the Matter of Kursheedt).— Referee's report confirmed and motion granted.　See memorandum.　Settle order on notice.